**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
 AIDA R. GIL,

                                 Plaintiff,

        -against-

AZOULAY WEISS LAW FIRM; OUZY
AZOULAY, ESQ.; EDWARD WEISS, ESQ.;
JOSHUA ZUKOFSKY, ESQ.; JUDAH HYMAN,
ESQ.; JOLIE KATZ, ESQ.,

                              Defendants.
-----------------------------------------------------------------X

25 **CIVIL** 7122 (GBD)

**JUDGMENT**

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated May 11, 2026, Plaintiff's complaint, filed IFP under 28 U.S.C. § 1915(a)(l), is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). The Court declines to exercise supplemental jurisdiction of any state-law claims Plaintiff is asserting. The Court certifies under 28 U.S.C. § l 915(a)(3) that any appeal from the order would not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

**Dated:** New York, New York

       May 12, 2026

                                       **TAMMI M. HELLWIG**
                                _____
                                     **Clerk of Court**

                **BY:**              *K. mango*

                                _____
                                    **Deputy Clerk**